

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:        Cecilia Clinkscale v. Leiroi Mickele Daniels

Appellate case number:    01–14–00968–CV

Trial court case number:  2012–58724

Trial court:                         113th District Court of Harris County

Date motion filed:             September 23, 2015

Party filing motion:          Appellant

     The motion for en banc reconsideration is ordered **DENIED.**


Judge's signature: /s/  Harvey Brown
                   Acting for the Court*

En banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.


Date:  October 13, 2015